**J. John Kim**
Member of the Firm
jkim@pashmanstein.com
Direct: 201.270.5470

PashmanStein WalderHayden
A Professional Corporation

October 30, 2026

*Via CM/ECF*
Hon. José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse, Courtroom 4D
50 Walnut Street
Newark, New Jersey 07101

**Re: First Action – *HiTrons Tech, Inc. v. Bodyfriend, Inc. North America***
**Civil Action No. 2:24-cv-00039-EP-JRA**

**Second Action – *HiTrons Tech, Inc. v. Bodyfriend, Co., Ltd.***
**Civil Action No. 2:25-cv-16128-EP-JRA**

Dear Magistrate Judge Almonte:

This firm represents defendants Bodyfriend, Inc. ("Bodyfriend US") and Bodyfriend Co. Ltd. ("Bodyfriend Korea"; together, "defendants") in the above-captioned matters.

We write regarding Bodyfriend Korea's deadline to respond to the amended complaint filed against it by plaintiff HiTrons Tech, Inc. ("plaintiff") on October 9, 2026 (D.E. 102), and in response to plaintiff's October 29 letter (D.E. 109).[1] In a status update the parties submitted on October 2, 2026 (before the amended complaint was filed but in anticipation of that filing), Bodyfriend Korea sought to hold its response deadline in abeyance while its motion for reconsideration in Civ. Action No. 25-16128 (D.E. 36) remained pending. (D.E. 100.) On October 26, 2026, it renewed that request and further disclosed that one of defendants' attorneys, the author of the request, was leaving the firm, requiring a new attorney to transition in, and sought additional time to respond on that basis as well. (D.E. 104.)

By text order of October 28, 2026, the Court declined to hold Bodyfriend Korea's response deadline in abeyance and set November 4, 2026 as the deadline. (D.E. 107.) The next day, Bodyfriend Korea filed an application for an automatic extension under L. Civ. R. 6.1(b) that cited the default response deadline under Fed. R. Civ. P. 12(a)(1)(A)(i), October 30, 2026, rather than

[1] Docket references are to the lead case, Civ. Action No. 24-39, unless otherwise noted.

the November 4, 2026 date in Your Honor's text order. (D.E. 108.) That application as docketed in the consolidated action (Civ. Action No. 25-16128, D.E. 40) was granted and the deadline extended to November 13, while the request remains pending in this lead action.

We acknowledge the inconsistency our request inadvertently created and assure Your Honor that there was no ill intent. If a L. Civ. R. 6.1(b)'s Clerk's Order application was the incorrect vehicle to request an extension under the circumstances, we respectfully seek from Your Honor a nine-day extension of the November 4, 2026 deadline set forth in the October 28 text order, which would make Bodyfriend Korea's response deadline **November 13, 2026**, comporting with the deadline currently extant in the companion case. This request is made in light of Mr. Law's departure from the firm, the practical realities of new counsel becoming educated on the history of this matter, the need to coordinate Bodyfriend Korea's input into and approval of the response (which may include a motion to dismiss), and the undersigned's existing travel obligations in the coming days.

We appreciate the Court's time and consideration.

Respectfully submitted,

PASHMAN STEIN WALDER HAYDEN, P.C.



J. John Kim
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Phone: (201) 488-8200
jkim@pashmanstein.com

CC: All counsel of record (*via CM/ECF*)